UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60297 CR-COHN


MAGISTRATE JUDGE
SNOW

18 U.S.C. § 1028(a)(1)
18 U.S.C. § 1028(b)(1)(A)(ii)
18 U.S.C. § 1028(c)(3)(A)
18 U.S.C. § 1028(f)
18 U.S.C. § 2

UNITED STATES OF AMERICA

Plaintiff,

vs.

BILAL AHMED BHUTTA,

Defendant.

_____/



### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

1. In and around June 2001, at Lauderhill, Broward County, in the Southern District of Florida, and elsewhere, the defendant,

BILAL AHMED BHUTTA,

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to produce identification documents without lawful authority, namely, a State of Florida identification card and a driver's license, when such production would be in and would affect interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1028 (a)(1), (b)(1)(A)(ii), (c)(3)(A).

## OBJECT OF THE CONSPIRACY

2.  The purpose and object of the conspiracy was to produce identification documents, for a fee, which could not have otherwise been obtained lawfully.

## MANNER AND MEANS OF THE CONSPIRACY

3.  The manner and means by which the defendant and unindicted co-conspirators, who are both known and unknown, sought to accomplish the purpose and object of the conspiracy, included the agreement by the defendant, BILAL AHMED BHUTTA, to pay money to obtain a State of Florida identification card and a driver's license from the State of Florida Department of Highway Safety and Motor Vehicles (DMV), by the submission of false information and false, misleading and improper supporting documents, during the application process to the State of Florida DMV.

## OVERT ACTS

4.  In furtherance of the conspiracy and to effect the object thereof, at least one of the following overt acts, among others, was carried out by at least one co-conspirator in Broward County, in the Southern District of Florida, and elsewhere:

    a.  On or about June 13, 2001, the defendant, BILAL AHMED BHUTTA, met with an individual at a State of Florida DMV office, located in Lauderhill, Broward County, Florida, to fraudulently obtain a State of Florida identification card and a driver's license.

    b.  On or about June 13, 2001, the defendant, BILAL AHMED BHUTTA, paid money to an individual as a fee to fraudulently obtain a State of Florida identification card and a driver's license.

All in violation of Title 18, United States Code, Section 1028(f).

## COUNT TWO

On or about June 13, 2001, at Lauderhill, Broward County, in the Southern District of Florida, the defendant,

BILAL AHMED BHUTTA,

did knowingly and without lawful authority, cause to be produced, an identification document, that is, a State of Florida identification card bearing the name of "Bilal Amed Bhutta," such production being in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Sections 1028(a)(1), (b)(1)(A)(ii), (c)(3)(A), and 2.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMEMEZ
UNITED STATES ATTORNEY

_____
RICHARD GETCHELL
ASSISTANT U.S. ATTORNEY

_____
ELOISA D. FERNANDEZ
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60297-CR-COHN

UNITED STATES OF AMERICA

vs.

BILAL AHMED BHUTTA,

Defendant.
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

MAGISTRATE JUDGE
SNOW

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami    ___ Key West
_X_ FTL      ___ WPB       ___ FTP

New Defendant(s)          Yes ___   No ___
Number of New Defendants        ___
Total number of counts          ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take __6__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      ___           Petty    ___
   II   6 to 10 days     _X_           Minor    ___
   III  11 to 20 days    ___           Misdem.  ___
   IV   21 to 60 days    ___           Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.    04-3403-White
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No
   If yes, was it pending in the Central Region?   ___ Yes  ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?  ___ Yes  _X_ No

_____
RICHARD GETCHELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 817643

*Penalty Sheet(s) attached                                REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** BILAL AHMED BHUTTA

**Case No:**

Count #: 1

Conspiracy to produce identification documents without lawful authority

18 U.S.C. § 1028(f)

\* **Max.Penalty:**          15 years' imprisonment

Count #: 2

Production of an identification document without lawful authority

18 U.S.C. § 1028(a)(1)

\***Max. Penalty:**          15 years' imprisonment

Count #:

\***Max. Penalty:**

Count #:

\***Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

No. 04-60297-CR-COHN

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

THE UNITED STATES OF AMERICA

vs.

Bilal Ahmed Bhutta,

Defendant.

## INDICTMENT

18 USC § 1028(a)(1)
18 USC § 1028(b)(1)(A)(ii)
18 USC § 1028(c)(3)(A)
18 USC § 1028(f)
18 USC § 2

A true bill.

*[signature]*

Foreman

FGJ # 03-03 (MIA)

Filed in open court this _____

of _____ A.D. 2004 _____ day,

_____
Clerk

Bail, $ _____