UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-60297-CR-COHN/SNOW

UNITED STATES OF AMERICA,

vs.

BILAL AHMED BHUTTA
            Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _ON BOND_

Language: _English_

The above-named Defendant appeared before **Magistrate Chris McAliley**. The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address:_____

                      Tel. No:_____

Defense Counsel:   Name   : _H. FRANK RUBIO_

                   Address: _10800 BISCAYNE BLVD., STE. 570_

                             _MIAMI, FL 33161_

                   Tel. No: _305-892-5297_

Bond Set/Continued:   $50,000 w/10%

Dated this 26th day of _NOVEMBER_, 2004.

                    CLARENCE MADDOX, CLERK

                    BY _NANCY FLOOD_
                       Deputy Clerk

c: U.S. Attorney
   Defense Counsel
   Pretrial Services
   Clerk for Judge

TAPE NO. 04H- 80
DIGITAL START NO. 1052