UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60297-CR-COHN/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BILAL AHMED BHUTTA,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses with prejudice the indictment against the above-named defendant.

Respectfully submitted,

/s/Robert K. Senior
Robert K. Senior
Supervisory Assistant United States Attorney
Chief, Criminal Division
FL Bar No. 0779407
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9291 Phone
(305) 536-4675 Fax

cc: Richard Getchell, AUSA
    U.S. Marshal
    Chief Probation Officer
    Pretrial Services
    Counsel for the Defendant

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 3/14/08

UNITED STATES DISTRICT JUDGE